**No. 54060.**—Henry L. Goetz et al. v. United States, protests 143579–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54061.**—Philip Colleck et al. v. United States, protests 146612–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54062.**—Person & Weidhorn v. United States, protests 147859–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54063.**—B. F. Drakenfeld & Co. v. United States, protest 148284–K (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.